# Court of Appeals
# of the State of Georgia

ATLANTA, April 12, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1163. TIMOTHY WOODARD v. DARRELL DIX.

Prisoner Timothy Woodward petitioned the Spalding County Superior Court for permission to file a habeas corpus petition, naming Sheriff Darrell Dix as the defendant. Although the superior court granted the petition, the superior court subsequently granted Dix's motion to dismiss. Woodard filed this appeal from the trial court's dismissal order.

Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all habeas corpus cases. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). Because Woodard seeks to appeal the dismissal of a habeas action, it appears jurisdiction may lie in the Supreme Court. As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this application is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/12/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

Stephen E. Castlen , Clerk.